**No. 11-6822. Transito Villegas-Valdez, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 568, 181 L. Ed. 2d 410, 2011 U.S. LEXIS 8047.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 427.

**No. 11-6824. James J. McAndrew, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 569, 181 L. Ed. 2d 410, 2011 U.S. LEXIS 7944.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6877. Grady Hudson, Petitioner v. Gerald M. Lorence.**

565 U.S. 1021, 132 S. Ct. 569, 181 L. Ed. 2d 410, 2011 U.S. LEXIS 7984.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-1477. Jack L. Hargrove, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 548, 181 L. Ed. 2d 410, 2011 U.S. LEXIS 7957.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 412 Fed. Appx. 869.

**No. 11-143. Pilgrim Films & Television, Inc., et al., Petitioners v. Larry Montz, et al.**

565 U.S. 1021, 132 S. Ct. 550, 181 L. Ed. 2d 410, 2011 U.S. LEXIS 7979.

November 7, 2011. Motion of Reveille LLC, et al. for leave to file a brief as amici curiae granted. Motion of California Broadcasters Association, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 649 F.3d 975.

**No. 11-287. Skechers U.S.A., Inc., Petitioner v. Patty Tomlinson.**

565 U.S. 1021, 132 S. Ct. 551, 181 L. Ed. 2d 410, 2011 U.S. LEXIS 8029.

November 7, 2011. Motion of Center for Class Action Fairness for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.